IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04cv1013-MEF |
| | ) | (WO) |
| JOSEPH BOOKER | ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on March 28, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion filed by Booker on September 22, 2004 are DENIED and that this case is DISMISSED with prejudice, as the court lacks jurisdiction to consider Booker's claims for relief.

Done this the 17th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE